Same case below, 344 Fed. Appx. 457.

**No. 09-495. American Chemistry Council, et al., Petitioners v. Sierra Club, et al.**

559 U.S. 991, 130 S. Ct. 1735, 176 L. Ed. 2d 212, 2010 U.S. LEXIS 2265.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 384 U.S. App. D.C. 96, 551 F.3d 1019.

**No. 09-504. David Paul Hammer, Petitioner v. John D. Ashcroft, et al.**

559 U.S. 991, 130 S. Ct. 1735, 176 L. Ed. 2d 212, 2010 U.S. LEXIS 2290.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 570 F.3d 798.

**No. 09-513. Jim Henry Perkins, et al., Petitioners v. Department of Veterans Affairs, et al.**

559 U.S. 991, 130 S. Ct. 1755, 176 L. Ed. 2d 212, 2010 U.S. LEXIS 2237.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 572 F.3d 868.

**No. 09-523. Michael Malloy, Petitioner v. United States.**

559 U.S. 991, 130 S. Ct. 1736, 176 L. Ed. 2d 212, 2010 U.S. LEXIS 2231.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 568 F.3d 166.

**No. 09-543. Anthony W. Lisanti, Petitioner v. Office of Personnel Management.**

559 U.S. 991, 130 S. Ct. 1755, 176 L. Ed. 2d 212, 2010 U.S. LEXIS 2253.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 573 F.3d 1334.

**No. 09-626. Thomas Loch, et al., Petitioners v. Edwardsville Community Schools District No. 7.**

559 U.S. 991, 130 S. Ct. 1736, 176 L. Ed. 2d 212, 2010 U.S. LEXIS 2279.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 327 Fed. Appx. 647.

**No. 09-638. Leory Hill, Jr., Petitioner v. Emory University, et al.**

559 U.S. 991, 130 S. Ct. 1737, 176 L. Ed. 2d 212, 2010 U.S. LEXIS 2324.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 346 Fed. Appx. 390.